UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WAKIM STEWART,

    Plaintiff,

v.                                    Case No. 3:23cv16734-LC-HTC

HIGH RIDGE BRANDS CO ALBERTO VO5,

    Defendant.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on July 24, 2023, (ECF No. 6), recommending dismissal for lack of subject matter jurisdiction. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 6) is adopted and incorporated by reference in this order.

2. This case is DISMISSED for lack of subject matter jurisdiction.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 28th day of August, 2023.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**